Start: 4:05 p.m.<br>Stop: 4:54 p.m.

## *UNITED STATES DISTRICT COURT*
## *CIVIL MINUTES - GENERAL*

Case No:     4:20cv225-AW-MAF            Date: 05/07/2020

Title:      3M COMPANY v. 1 IGNITE CAPITAL LLC et al

---

**DOCKET ENTRY:**
      Telephonic Motion Hearing
      ECF 7 - Motion for Temporary Restraining Order and Preliminary Injunction

---

**PRESENT:**     Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Lisa Snyder (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |

Michael Weaver
Joseph Wasserkrug
Michael Austin

| William Childs | Auta Lopes |
|---|---|
| Attorney for Plaintiff | Defendant |

---

**PROCEEDINGS:**

**4:05 p.m.**     **Court called to order**

           Statement made by Plaintiff's counsel

           Statement made by Defendant

           Rebuttal by Plaintiff's counsel

           TRO to be denied without prejudice; Preliminary Injunction schedule to be set

           Telephonic status conference set for 5/18/20 at 10:00 a.m. if scheduled not agreed upon

           Written order to follow

**4:54 p.m.**     **Court adjourned**