IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**3M COMPANY,**

    **Plaintiff,**

v.                                    Case No. 4:20-cv-225-AW-MAF

**1 IGNITE CAPITAL, LLC a/k/a 1
IGNITE CAPITAL PARTNERS;
INSTITUTIONAL FINANCIAL SALES,
LLC; and AUTA LOPES, an individual,**

    **Defendants.**
_____/

## **ORDER DENYING TRO AND SETTING PROCEDURES**

This order follows today's telephonic hearing on Plaintiff 3M Company's motion for a temporary restraining order and preliminary injunction. ECF No. 7. The request for a TRO is denied for the reasons stated on the record. I will defer ruling on the request for a preliminary injunction.

The parties must confer regarding the schedule for resolving the preliminary injunction motion. They must file a report by May 15 indicating whether they have reached agreement, and there will be a telephonic status conference on May 18 at 10 a.m. But if the parties' report indicates a status conference is no longer necessary—and if I agree—I will cancel the hearing.

Counsel for plaintiff must promptly email a copy of this order to Ms. Lopes.

SO ORDERED on May 7, 2020.

                                                    s/ *Allen Winsor*
                                                    United States District Judge