IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

3M COMPANY,

    Plaintiff,

v.

1 IGNITE CAPITAL, LLC a/k/a
1 IGNITE CAPITAL PARTNERS,
INSTITUTIONAL FINANCIAL
SALES LLC and AUTA LOPES,
an individual,

    Defendants.
_____/

Case No.: 4:20-cv-00225-AW-MAF

## **NOTICE OF SETTLEMENT**

Pursuant to Northern District of Florida Local Rule 16.2(A)(1), undersigned counsel for Plaintiff 3M Company hereby provides notice to this Court that the Parties have reached a settlement to resolve the above-captioned litigation.

Dated:     May 15, 2020

By:

    **MCDERMOTT WILL & EMERY LLP**
    */s/ Joseph M. Wasserkrug*
    Joseph M. Wasserkrug
    Florida Bar No.: 112274
    jwasserkrug@mwe.com
    333 SE 2nd Avenue, Suite 4500
    Miami, FL 33131-4336
    T: 305.347.6501 | F: 305.675.8403

    *Counsel for Plaintiff 3M Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on **May 15, 2020**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties authorized to receive electronic filings in this case and the foregoing document was served via email upon Auta Lopes at auta.lopes@gmail.com.

                                             */s/ Joseph M. Wasserkrug*
                                             Joseph M. Wasserkrug (FBN 112274)