IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

3M COMPANY,　　　　　　　　　　Case No.: 4:20-cv-00225-AW-MAF

　　　Plaintiff,

v.

1 IGNITE CAPITAL, LLC a/k/a
1 IGNITE CAPITAL PARTNERS,
INSTITUTIONAL FINANCIAL
SALES LLC and AUTA LOPES,
an individual,

　　　Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff 3M Company ("Plaintiff") hereby notifies this Court that Plaintiff voluntarily dismisses the above-captioned litigation with prejudice.

Dated:　　　May 15, 2020

By:　　　　　　　　　　　　　　　　　　**MCDERMOTT WILL & EMERY LLP**
　　　　　　　　　　　　　　　　　　　　*/s/ Joseph M. Wasserkrug*
　　　　　　　　　　　　　　　　　　　　Joseph M. Wasserkrug
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 112274
　　　　　　　　　　　　　　　　　　　　jwasserkrug@mwe.com
　　　　　　　　　　　　　　　　　　　　333 SE 2nd Avenue, Suite 4500
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131-4336
　　　　　　　　　　　　　　　　　　　　T: 305.347.6501 | F: 305.675.8403

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff 3M Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties authorized to receive electronic filings in this case and the foregoing document was served via email upon Auta Lopes at auta.lopes@gmail.com.

*/s/ Joseph M. Wasserkrug*
Joseph M. Wasserkrug (FBN 112274)

DM_US 168639048-3.099922.0014